**SILLS CUMMIS & GROSS P.C.**
Jaimee Katz Sussner, Esq.
Joshua N. Howley, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
*Proposed Attorneys for Court-Appointed Receiver*
*Colliers International NJ LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRIVCAP FUNDING, LLC, A Florida Limited Liability Company, | Civil Action No. 19-cv-18122 (MCA)(LDW) |
| Plaintiff, | *Document Electronically Filed* |
| v. | |
| SETH LEVINE, PASSAIC MAIN NORSE, LLC; ELIZABETH LOUISA VENTURES, LLC; NORTH BERGEN VENTURES, LLC; AMBOY LP VENTURES, LLC; PAVILION NORSE, LLC; 4318 KENNEDY PARTNERS, LLC; PERTH LP VENTURES, LLC; RIVERSIDE NORSE, LLC AND RED CLAY NORSE, LLC, | **ORDER APPROVING RECEIVER'S COMPENSATION** |
| Defendants. | |

**THIS MATTER** having been opened to the Court by Sills Cummis & Gross P.C., attorneys for Colliers International NJ LLC ("Colliers"), the Court-Appointed Receiver for the properties at issue in this action (the "Properties") pursuant to this Court's September 26, 2019 Order (ECF No. 4) (the "Receiver Order"), for an Order approving the Receiver's compensation to manage and maintain the Properties; and it appearing that Plaintiff in this action has consented to the requested relief, and agrees that such compensation is reasonable and consistent with industry standards; and the Court having considered the papers submitted in connection with this application, and having heard the arguments of counsel, if any; and for good cause shown:

1

IT IS on this __ day of November, 2019 ORDERED as follows:

1. The Receiver's application is GRANTED in its entirety.

2. The Receiver is authorized to charge Plaintiff a fixed management fee of $125.00 per month for each unit under management, with a minimum charge of $2,300.00 per month per Property identified in the Receiver Order.

_____
HON. MADELINE COX ARLEO, U.S.D.J.