# Kasowitz Benson Torres LLP

|  |  |  |
|---|---|---|
| Eric D. Herschmann<br>Direct Dial: (212) 506-1711<br>Direct Fax: (212) 506-1800<br>eherschmann@kasowitz.com | 1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>Fax: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

December 2, 2019

**By ECF**
Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: ***Federal Home Loan Mortgage Corp. v. Levine, et al.* (Civil Action No. 19-cv-17421-MCA-LDW); *JLS Equities LLC v. River Funding LLC, et al.* (Civil. Action No. 19-cv-17615-MCA-LDW); *U.S. Bank National Ass'n v. Englewood Funding, LLC, et al.* (Civil Action No. 19-cv-17865-MCA-LDW); *Wells Fargo Bank, National Association v. Levine, et al.* (Civil Action No. 19-cv-17866-MCA-LDW); *Privcap Funding LLC v. Levine, et al.* (Civil Action No. 19-cv-18122-MCA-LDW); *Wilmington Say. Fund Soc., FSB v. Levine, et al.* (Civil Action No. 19-cv-18137-MCA-LDW)**

Dear Judge Wettre:

We represent proposed intervenors Ascend Re Partners, LLC, Ascend Re Partners II, LLC, and DSE Family Investments VII, LLC (collectively, "Ascend") in the above-referenced actions. In accordance with the Court's direction, we have conferred with the parties who oppose Ascend's pending motions to intervene. Based on the meet and confer, Ascend is withdrawing its motions to intervene without prejudice to refile in accordance with F.R.C.P. 24(c).

Respectfully submitted,

*/s/ Eric D. Herschmann*

Eric D. Herschmann

cc: All counsel (via ECF)