# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Jaimee Katz Sussner**
Member
Direct Dial: 973-643-6281
Email: jsussner@sillscummis.com

100 Overlook Center, 2nd Floor
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

December 2, 2019

**Via ECF & U.S. Mail**

Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re: *Federal Home Loan Mortgage Corp. v. Levine, et al.*
> **Civil Action No. 19-cv-17421-MCA-LDW**
>
> *JLS Equities LLC v. River Funding LLC, et al.*
> **Civil Action No. 19-cv-17615-MCA-LDW**
>
> *U.S. Bank National Ass'n v. Englewood Funding, LLC, et al.*
> **Civil Action No. 19-cv-17865-MCA-LDW**
>
> *Wells Fargo Bank, National Association v. Levine, et al.*
> **Civil Action No. 19-cv-17866-MCA-LDW**
>
> *Privcap Funding LLC v. Levine, et al.*
> **Civil Action No. 19-cv-18122-MCA-LDW**
>
> *Wilmington Sav. Fund Soc., FSB v. Levine, et al.*
> **Civil Action No. 19-cv-18137-MCA-LDW**

Dear Judge Arleo:

      This firm represents Colliers International NJ LLC, the Court-Appointed Receiver in each of the actions listed above (the "Receiver"). We write to respectfully inquire as to the status of the entry of the proposed Amended Receiver Orders that the Receiver electronically filed and

# Sills Cummis & Gross
A Professional Corporation

Hon. Madeline Cox Arleo, U.S.D.J.
December 2, 2019
Page 2

submitted to Your Honor on November 13, 2019. *See* Civil Action No. 19-17421 at ECF No. 45; Civil Action No. 19-17866 at ECF No. 64; Civil Action No. 19-17865 at ECF No. 35; Civil Action No. 19-17615 at ECF No. 38; Civil Action No. 19-18122 at ECF No. 20; and Civil Action No. 19-18137 at ECF No. 23. In the event that the Court has any questions concerning this request, we are available to address them at the Court's convenience.

We thank Your Honor for considering this submission.

Respectfully submitted,

/s/ *Jaimee Katz Sussner*

Jaimee Katz Sussner

cc:   All counsel of record (via ECF only)
      Joseph Lubertazzi, Jr., Esq. (via email only)
      Danielle Weslock, Esq. (via email only)