# Sills Cummis & Gross

A Professional Corporation

**The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

Jaimee Katz Sussner
Member
Direct Dial: 973-643-6281
Email: jsussner@sillscummis.com

100 Overlook Center, 2nd Floor
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

December 11, 2019

**Via ECF & U.S. Mail**

Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   ***Federal Home Loan Mortgage Corp. v. Levine, et al.***
      **Civil Action No. 19-cv-17421-MCA-LDW**

      ***JLS Equities LLC v. River Funding LLC, et al.***
      **Civil Action No. 19-cv-17615-MCA-LDW**

      ***U.S. Bank National Ass'n v. Englewood Funding, LLC, et al.***
      **Civil Action No. 19-cv-17865-MCA-LDW**

      ***Wells Fargo Bank, National Association v. Levine, et al.***
      **Civil Action No. 19-cv-17866-MCA-LDW**

      ***Privcap Funding LLC v. Levine, et al.***
      **Civil Action No. 19-cv-18122-MCA-LDW**

      ***Wilmington Sav. Fund Soc., FSB v. Levine, et al.***
      **Civil Action No. 19-cv-18137-MCA-LDW**

Dear Judge Arleo:

This firm represents Colliers International NJ LLC, the Court-Appointed Receiver in each of the actions listed above. On December 4, 2019, Your Honor entered the Order Approving Receiver's Compensation in the matter captioned *Federal Home Loan Mortgage Corp. v. Levine, et*

**Sills Cummis & Gross**
A Professional Corporation

Hon. Madeline Cox Arleo, U.S.D.J.
December 11, 2019
Page 2

*al.*, Civil Action No. 19-cv-17421.  However, the Order Approving Receiver's Compensation has not yet been entered in each of the matters bearing Civil Action Nos. 19-17866, 19-17865, 19-17615, 19-18122, and 19-18137.  Given that the Order Approving Receiver's Compensation has been entered in Civil Action No. 19-17-421, we respectfully request that Your Honor enter such Orders in the remaining five actions at your earliest convenience.

We thank Your Honor for considering this submission.

Respectfully submitted,

*/s/ Jaimee Katz Sussner*

Jaimee Katz Sussner

cc:    All counsel of record (via ECF only)
       Joseph Lubertazzi, Jr., Esq. (via email only)
       Danielle Weslock, Esq. (via email only)