<u>CLOSING</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRIVCAP FUNDING LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SETH LEVINE, PASSAIC MAIN NORSE, LLC, ELIZABETH LOUISA VENTURES, LLC, NORTH BERGEN VENTURES, LLC, AMBOY LP VENTURES, LLC, PAVILION NORSE, LLC, 4318 KENNEDY PARTNERS, LLC, PERTH LP VENTURES, LLC, RIVERSIDE NORSE, LLC, RED CLAY NORSE, LLC, MADISON PARK INVESTORS, LLC, and DEPARTMENT OF COMMUNITY AFFAIRS,<br><br>*Defendants.* | Civil Action No. 19-18122<br><br>AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION |

**THIS MATTER** comes before the Court on appeal of the Magistrate Report and Recommendation (the "R&R"), which was filed in response to Plaintiff PrivCap Funding LLC's ("PrivCap" or "Plaintiff") Motion for Disbursement of Funds, ECF No. 139;[1]

and it appearing that the Honorable Leda Wettre issued the R&R on November 21, 2022, in which she recommended that the Motion be granted and PrivCap be awarded a sum of $45,000, ECF No. 152;

and it appearing that on May 31, 2023, the Court entered an Order, ECF No. 154, Adopting Report and Recommendation (the "May 31 Order);

---

[1] The Court construed the Motion as one for summary judgment as to PrivCap's entitlement to the disputed sum of $45,000. See R&R at 1, ECF No. 139.

<u>**CLOSING**</u>

and it appearing that the May 31, 2023 Order did not state the name of the payee of the funds to be disbursed and where the funds should be sent; and for good cause shown

IT IS on this 14th day of September, 2023;

**ORDERED** that the May 31 Order is hereby amended to add the following paragraph:

"**IT IS FURTHER ORDERED** that the funds to be disbursed in the amount of $45,000.00 shall be paid to "Stark & Stark in trust for Privcap Funding, LLC" and mailed to Stark & Stark at 100 American Metro Boulevard, Hamilton, NJ 08619. All findings, terms and conditions of the May 31 Order shall remain in full force and effect, and this matter is **CLOSED**."

/s _____

HON. MADELINE COX ARLEO

UNITED STATES DISTRICT JUDGE